IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| CARLOS KNOX | § | |
| | § | |
| VS. | § | |
| | § | C.A. NO.  3:19-cv-00181 |
| HORNBECK OFFSHORE SERVICES, LLC | § § § | |

## ORDER

The Court considered Defendant's request for "damages due to wrongful attachment and to transfer and consolidate" (D.E. 6). The request for damages is hereby **DENIED.** The request to transfer is hereby **GRANTED,** and this matter will be transferred to the United States District Court for the Eastern District of Louisiana.

**IT IS SO ORDERED.**

Signed in Galveston, Texas, this _____ day of July, 2019.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE