UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| CARLOS KNOX | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:19–CV–00181 |
| | § | |
| HORNBECK OFFSHORE | § | |
| SERVICES, LLC | § | |
| | § | |
| Defendant. | § | |

# ORDER ADOPTING MAGISTRATE JUDGE'S
# MEMORANDUM AND RECOMMENDATION

On July 8, 2019, Defendant's Admiralty Rule E Motion for Equitable Vacatur, for Damages Due to Wrongful Attachment, and to Transfer and Consolidate ("Motion for Miscellaneous Relief") (Dkt. 6) was referred to United States Magistrate Judge Andrew M. Edison pursuant to 28 U.S.C. § 636(b)(1)(B). Dkt. 12. On July 25, 2019, Judge Edison filed a Memorandum and Recommendation (Dkt. 51).

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also*, FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 51) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2) The Motion for Miscellaneous Relief (Dkt. 6) is **GRANTED in part and DENIED in part.** Specifically, Hornbeck Services's request to transfer is **GRANTED**, and this case is **TRANSFERRED** to the Eastern District of Louisiana. Hornbeck Services's request for damages due to wrongful attachment is **DENIED without prejudice** to allow Hornbeck Services to reassert its request in the Eastern District of Louisiana upon completion of the case transfer.

It is so **ORDERED**.

SIGNED at Galveston, Texas, this 15th day of August, 2019.

_____
George C. Hanks Jr.
United States District Judge