# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Galveston)
## CIVIL DOCKET FOR CASE #: 3:19−cv−00181

Knox v. Hornbeck Offshore Services, LLC
Assigned to: Judge George C Hanks, Jr
Cause: 28:1333 Admiralty

Date Filed: 05/31/2019
Date Terminated: 08/15/2019
Jury Demand: Plaintiff
Nature of Suit: 360 P.I.: Other
Jurisdiction: Federal Question

**Plaintiff**

**Carlos Knox**     represented by     **Francis I Spagnoletti**
Spagnoletti Co
401 Louisiana St
8th Floor
Houston, TX 77002
713−653−5600
Email: fspagnoletti@spaglaw.com
*ATTORNEY TO BE NOTICED*

**Eric Jonathan Rhine**
Spagnoletti & Co
401 Louisiana St
8th Floor
Houston, TX 77002
713−653−5600
Fax: 713−653−5656
Email: erhine@spaglaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Hornbeck Offshore Services, LLC**     represented by     **Anthony J Staines**
Staines and Eppling APLC
3500 N Causeway
Ste. 820
Metairie, LA 70002
504−838−0019
Email: tony@staines−eppling.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Corey Patrick Parenton**
Staines and Eppling APLC
3500 N Causeway Blvd.
Ste. 820
Metairie, LA 70002
504−838−0019
Email: corey@staines−eppling.com
*ATTORNEY TO BE NOTICED*

        **James A. Crouch , Jr.**
Staines & Eppling
3500 N. Causeway Blvd.
Suite 820
Metairie, LA 70002
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

        **Jason R. Kenney**
Staines & Eppling
3500 N. Causeway Blvd.
Suite 820
Metairie, LA 70002
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

        **Jessica B. Finley**
Staines & Eppling
3500 N. Causeway Blvd.
Suite 820
Metairie, LA 70002
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Garnishee**

**Seabed Geosolutions (US) Inc.**    represented by   **Timothy Russell Sutherland**
Sutherland, Attorney & Counselor PLLC
2929 Allen Parkway
Suite 200
Houston, TX 77019
713−300−1946
Fax: 832−201−9846
Email: tim@trsutherlandlaw.com
*LEAD ATTORNEY*

**Garnishee**

**Talos Energy Inc.**    represented by   **Samuel David Davis**
Law Office of Samuel D. Davis, PLLC
2525 Robinhood St
#206
Houston, TX 77005
713−800−2994
Email: sdavis@samueldavislaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/31/2019 | Ï 1 | |

| | | |
|---|---|---|
| | | COMPLAINT against Hornbeck Offshore Services, LLC (Filing fee $ 400 receipt number 0541–22532081) filed by Carlos Knox. (Attachments: # 1 Affidavit, # 2 Civil Cover Sheet)(Rhine, Eric) (Entered: 05/31/2019) |
| 06/03/2019 | Ï 2 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 8/14/2019 at 09:30 AM in 7th Floor Courtroom before Magistrate Judge Andrew M Edison(Signed by Judge George C Hanks, Jr) Parties notified.(agould, 3) (Entered: 06/03/2019) |
| 06/03/2019 | Ï 3 | Ex Parte MOTION for Writ of Garnishment by Carlos Knox, filed. Motion Docket Date 6/24/2019. (Attachments: # 1 Proposed Order, # 2 Writ, # 3 Writ, # 4 Writ, # 5 Writ, # 6 Writ, # 7 Writ, # 8 Writ, # 9 Writ, # 10 Writ, # 11 Writ, # 12 Writ, # 13 Writ, # 14 Writ, # 15 Writ)(Rhine, Eric) (Entered: 06/03/2019) |
| 06/05/2019 | Ï 4 | Sealed ORDER., filed. (Attachments: # 1 Exhibit A) (ltrevino, 3) (Entered: 06/05/2019) |
| 06/14/2019 | Ï 5 | CERTIFICATE OF INTERESTED PARTIES by Carlos Knox, filed.(Rhine, Eric) (Entered: 06/14/2019) |
| 07/03/2019 | Ï 6 | MOTION Admiralty Rule E Motion for Equitable Vacatur, for Damages Due to Wrongful Attachment, and to Transfer and Consolidate by Hornbeck Offshore Services, LLC, filed. Motion Docket Date 7/24/2019. (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Proposed Order)(Parenton, Corey) Modified on 8/15/2019 (JessicaVillarreal, 3). (Entered: 07/03/2019) |
| 07/03/2019 | Ï 7 | MOTION to Expedite Hearing by Hornbeck Offshore Services, LLC, filed. Motion Docket Date 7/24/2019. (Attachments: # 1 Exhibit 1, # 2 Proposed Order)(Parenton, Corey) (Entered: 07/03/2019) |
| 07/05/2019 | Ï 8 | NOTICE of Setting as to 7 MOTION to Expedite Hearing. Parties notified. Motion Hearing set for 7/11/2019 at 10:00 AM in by telephone before Judge George C Hanks Jr, filed. (SusanGram, 3) (Entered: 07/05/2019) |
| 07/05/2019 | Ï 9 | NOTICE of Setting as to 6 MOTION Admiralty Rule E Motion for Equitable Vacatur, for Damages Due to Wrongful Attachment, and to Transfer and Consolidate. Parties notified. Motion Hearing set for 7/11/2019 at 10:00 AM in by telephone before Judge George C Hanks Jr, filed. (SusanGram, 3) (Entered: 07/05/2019) |
| 07/05/2019 | Ï 10 | ORDER granting 7 Motion to Expedite.(Signed by Judge George C Hanks, Jr) Parties notified.(SusanGram, 3) (Entered: 07/05/2019) |
| 07/08/2019 | Ï 11 | CLERKS NOTICE of Cancellation. The Motion Hearing set for 7/11/2019 at 10:00 AM by telephone before Judge George C Hanks Jr. is CANCELLED. Parties notified, filed. (jegonzalez, 3) (Entered: 07/08/2019) |
| 07/08/2019 | Ï 12 | NOTICE of Referral of Motion to Magistrate Judge Andrew Edison re 6 MOTION Admiralty Rule E Motion for Equitable Vacatur, for Damages Due to Wrongful Attachment, and to Transfer and Consolidate, filed. (jegonzalez, 3) (Entered: 07/08/2019) |
| 07/08/2019 | Ï 13 | ***DOCKETED IN ERROR*** (Entered: 07/08/2019) |
| 07/08/2019 | 14 | ***DOCKETED IN ERROR*** (Entered: 07/08/2019) |
| 07/08/2019 | 15 | ***DOCKETED IN ERROR*** (Entered: 07/08/2019) |

| | | |
|---|---|---|
| 07/08/2019 | 16 | NOTICE of Setting as to 6 MOTION Admiralty Rule E Motion for Equitable Vacatur, for Damages Due to Wrongful Attachment, and to Transfer and Consolidate. Parties notified. Motion Hearing set for 7/11/2019 at 10:00 AM in by telephone before Magistrate Judge Andrew M Edison, filed. (agould, 3) (Entered: 07/08/2019) |
| 07/08/2019 | 17 | ORDER. Plaintiff Carlos Knox is ORDERED to file a brief or letter brief outlining his position as to Defendant's request that the Court vacate its Writ of Maritime Attachment and Garnishment under the doctrine of equitable vacatur due by 7/10/2019 at 6:00p.m. At this time, Plaintiff need not submit responsive briefing related Defendant's request to transfer case and award damages. (Signed by Magistrate Judge Andrew M Edison) Parties notified.(agould, 3) (Entered: 07/08/2019) |
| 07/09/2019 | 18 | ANSWER to 1 Complaint by Seabed Geosolutions (US) Inc., filed.(Sutherland, Timothy) (Entered: 07/09/2019) |
| 07/09/2019 | 19 | MOTION for Jessica B. Finley to Appear Pro Hac Vice by Hornbeck Offshore Services, LLC, filed. Motion Docket Date 7/30/2019. (JessicaVillarreal, 3) (Entered: 07/09/2019) |
| 07/09/2019 | 20 | MOTION for Anthony J. Staines to Appear Pro Hac Vice by Hornbeck Offshore Services, LLC, filed. Motion Docket Date 7/30/2019. (JessicaVillarreal, 3) (Entered: 07/09/2019) |
| 07/09/2019 | 21 | MOTION for Jason R. Kenney to Appear Pro Hac Vice by Hornbeck Offshore Services, LLC, filed. Motion Docket Date 7/30/2019. (JessicaVillarreal, 3) (Entered: 07/09/2019) |
| 07/09/2019 | 22 | MOTION for James A. Crouch Jr. to Appear Pro Hac Vice by Hornbeck Offshore Services, LLC, filed. Motion Docket Date 7/30/2019. (JessicaVillarreal, 3) (Entered: 07/09/2019) |
| 07/09/2019 | 23 | RETURN of Service Executed as to Fieldwood Energy LLC on 7/1/19 re: Form USM–285, filed.(nortiz, 5) (Entered: 07/10/2019) |
| 07/09/2019 | 24 | RETURN of Service Executed as to Shell Oil Company on 7/1/19 re: Form USM–285, filed.(nortiz, 5) (Entered: 07/10/2019) |
| 07/09/2019 | 25 | RETURN of Service Executed as to Oceaneering International, Inc. on 7/1/19 re: Form USM–285, filed.(nortiz, 5) (Entered: 07/10/2019) |
| 07/09/2019 | 26 | RETURN of Service Executed as to Eni US Operating Co. Inc. on 7/1/19 re: Form USM–285, filed.(nortiz, 5) (Entered: 07/10/2019) |
| 07/09/2019 | 27 | RETURN of Service Executed as to Delta Subsea, LLC on 7/1/19 re: Form USM–285, filed.(nortiz, 5) (Entered: 07/10/2019) |
| 07/09/2019 | 28 | RETURN of Service Executed as to Equinor USA E&P Inc. on 7/1/19 re: Form USM–285, filed.(nortiz, 5) (Entered: 07/10/2019) |
| 07/09/2019 | 29 | RETURN of Service Executed as to W & T Offshore Inc. on 7/1/19 re: Form USM–285, filed.(nortiz, 5) (Entered: 07/10/2019) |
| 07/09/2019 | 30 | RETURN of Service Executed as to Talos Energy LLC. on 7/1/19 re: Form USM–285, filed.(nortiz, 5) (Entered: 07/10/2019) |
| 07/09/2019 | 31 | RETURN of Service Executed as to Seabed Geosolutions (US) Inc. on 7/1/19 re: Form USM–285, filed.(nortiz, 5) (Entered: 07/10/2019) |
| 07/09/2019 | 32 | RETURN of Service Executed as to Helix Energy Solutions Group, Inc. on 7/1/19 re: Form USM–285, filed.(nortiz, 5) (Entered: 07/10/2019) |
| 07/09/2019 | 33 | RETURN of Service Executed as to Hornbeck Offshore Operators, LLC. on 7/1/19 re: Form USM–285, filed.(nortiz, 5) (Entered: 07/10/2019) |

| | | |
|---|---|---|
| 07/10/2019 | 34 | NOTICE of Appearance by Francis I Spagnoletti on behalf of Carlos Knox, filed. (Rhine, Eric) (Entered: 07/10/2019) |
| 07/10/2019 | 35 | ORDER granting 20 Motion for Anthony Staines to Appear Pro Hac Vice.(Signed by Judge George C Hanks, Jr) Parties notified.(dwilkerson, 3) (Entered: 07/10/2019) |
| 07/10/2019 | 36 | ORDER granting 22 Motion for James A. Crouch, Jr. to Appear Pro Hac Vice.(Signed by Judge George C Hanks, Jr) Parties notified.(dwilkerson, 3) (Entered: 07/10/2019) |
| 07/10/2019 | 37 | ORDER granting 21 Motion for Jason R. Kenney to Appear Pro Hac Vice.(Signed by Judge George C Hanks, Jr) Parties notified.(dwilkerson, 3) (Entered: 07/10/2019) |
| 07/10/2019 | 38 | ORDER granting 19 Motion for Jessica Finley to Appear Pro Hac Vice.(Signed by Judge George C Hanks, Jr) Parties notified.(dwilkerson, 3) (Entered: 07/10/2019) |
| 07/10/2019 | 39 | RESPONSE in Opposition to 6 MOTION Admiralty Rule E Motion for Equitable Vacatur, for Damages Due to Wrongful Attachment, and to Transfer and Consolidate, filed by Carlos Knox. (Attachments: # 1 Proposed Order)(Spagnoletti, Francis) (Entered: 07/10/2019) |
| 07/11/2019 | | Minute entry for proceedings before Magistrate Judge Andrew M. Edison. Motion hearing held on July 11, 2019. The Court heard arguments on the Motion for Admiralty Rule E Motion for Equitable Vacatur [Dkt. 6]. The Motion is taken under advisement. Defendant will provide the Court with a letter containing citations by 5:00 PM today, July 11, 2019. Plaintiff will provide a letter with citations by 5:00 PM, tomorrow July 12, 2019.Appearances: Frank Spagnoletti and David Toy for the plaintiff; James Crouch and Jason Kenney for defendant Hornbeck Offshore Services, LLC; and Timothy Sutherland for defendant Seabed Geosolutions (US) Inc. (Entered: 07/12/2019) |
| 07/15/2019 | 40 | AO 435 TRANSCRIPT REQUEST by Corey P. Parenton for Transcript of Hearing Motion on 7/11/19 before Judge Edison. Expedited (7 days) turnaround requested. Court Reporter/Transcriber: Contract Court Reporter, filed. (Parenton, Corey) ELECTRONICALLY FORWARDED TO EXCEPTIONAL REPORTING SERVICES ON 7/16/2019. Modified on 7/16/2019 (dwilkerson, 3). (Entered: 07/15/2019) |
| 07/16/2019 | 41 | ANSWER to Writ of Garnishment by Talos Energy Inc., filed. (Davis, Samuel) (Entered: 07/16/2019) |
| 07/16/2019 | 42 | Letter by Hornbeck Offshore Services, LLC, filed. (wbostic, 4) (Entered: 07/16/2019) |
| 07/16/2019 | 43 | ORDER ON EQUITABLE VACATUR entered. Defendant's Motion for Miscellaneous Relief [Dkt. 6] is GRANTED IN PART. Specifically, the Writ of Attachment and Garnishment ordered by this Court on June 5, 2019 [Dkt. 4] is VACATED in its entirety and all property of Hornbeck Offshore Services, LLC is released from any constraint, garnishment, or seizure ordered by the June 5, 2019 Writ of Attachment and Garnishment. The portions of the Motion for Miscellaneous Relief seeking to transfer the case and award damages remain under consideration by the Court. (Signed by Magistrate Judge Andrew M Edison) Parties notified. (wbostic, 4) (Entered: 07/16/2019) |
| 07/17/2019 | 44 | First AMENDED COMPLAINT with Jury Demand against Hornbeck Offshore Services, LLC filed by Carlos Knox.(Rhine, Eric) (Entered: 07/17/2019) |
| 07/23/2019 | 45 | TRANSCRIPT re: TELEPHONIC MOTION HEARING held on 7/11/19 before Magistrate Judge Andrew M Edison. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party COREY P. PARENTON Release of Transcript Restriction set for 10/21/2019., filed. (thudson, ) (Entered: 07/23/2019) |
| 07/24/2019 | 46 | Notice of Filing of Official Transcript as to 45 Transcript,. Party notified, filed. (lusmith, 3) (Entered: 07/24/2019) |

| | | |
|---|---|---|
| 07/24/2019 | 47 | RETURN of Service Executed as to Murphy Oil Corporation on 7/15/19 re: Writ of Attachment, filed.(nortiz, 5) (Entered: 07/24/2019) |
| 07/24/2019 | 48 | RETURN of Service Executed as to Halliburton Company on 7/9/19 re: Writ of Attachment, filed.(nortiz, 5) (Entered: 07/24/2019) |
| 07/24/2019 | 49 | RESPONSE to 6 MOTION Admiralty Rule E Motion for Equitable Vacatur, for Damages Due to Wrongful Attachment, and to Transfer and Consolidate filed by Carlos Knox. (Attachments: # 1 Proposed Order)(Spagnoletti, Francis) (Entered: 07/24/2019) |
| 07/24/2019 | 50 | RETURN of Service Executed as to Anadarko Petroleum Corporation on 7/15/19 re: Writ of Attachment, filed.(nortiz, 5) (Entered: 07/24/2019) |
| 07/25/2019 | 51 | MEMORANDUM AND RECOMMENDATION entered. Defendant's Motion for Miscellaneous Relief (Dkt. 6) should be GRANTED in part and DENIED in part. Specifically, the Court recommends Hornbeck Services's request to transfer be GRANTED, and this case be TRANSFERRED to the Eastern District of Louisiana. The Court also recommends that Hornbeck Services's request for damages due to wrongful attachment be DENIED without prejudice to allow Hornbeck Services to reassert its request in the Eastern District of Louisiana upon completion of the case transfer. Objections to M&R due by 8/8/2019. (Signed by Magistrate Judge Andrew M Edison) Parties notified. (wbostic, 4) (Entered: 07/25/2019) |
| 08/15/2019 | 52 | ORDER ADOPTING MEMORANDUM AND RECOMMENDATIONS re: 51 Memorandum and Recommendations,, 6 MOTION Admiralty Rule E Motion for Equitable Vacatur, for Damages Due to Wrongful Attachment, and to Transfer and Consolidate,(Signed by Judge George C Hanks, Jr) Parties notified.(JessicaVillarreal, 3) (Entered: 08/15/2019) |
| 08/15/2019 | | Interdistrict transfer to Eastern District of Louisiana. Case transferred electronically. Case terminated on 8/15/19, filed. (JessicaVillarreal, 3) (Entered: 08/15/2019) |